Central Mutual Insurance Company, Appellant, v. Lutz.

Argued March 18, 1964. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

138

*Lee C. McCandless*, with him *H. Ray Pope, Jr.*, for appellant.

*Saul J. Bernstein*, with him *Robert B. Filson, Donald Miller*, and *Miller, Buterbaugh and Cope*, and *Bernstein and Campbell*, for appellees.

OPINION BY MR. CHIEF JUSTICE BELL, April 21, 1964:

This appeal arose from a Judgment rendered for defendants in a declaratory judgment proceeding. The pleadings and testimony raised important controverted or disputed facts and consequently a declaratory judgment proceeding will not lie. *Allstate Insurance Company v. Seward*, 407 Pa. 628, 182 A. 2d 715; *State Farm Mutual Automobile Insurance Company v. Semple*, 407 Pa. 572, 180 A. 2d 925.

Judgment vacated.

Mr. Justice COHEN concurs in the result.